for the Tenth Circuit denied. *Messrs. Camden R. McAtee* and *Phil D. Morelock* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Sewall Key, John H. McEvers,* and *Erwin N. Griswold* for respondent.

No. 300. MARINOVICH *v.* UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. George K. Bowden* for petitioner. *Solicitor General Thacher* for the United States.

No. 302. LUSTER ET AL., EXECUTORS, *v.* MARTIN ET AL. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Walter H. Jacobs* and *George T. Evans* for petitioners. *Mr. Charles S. Babcock* for respondents.

No. 303. GRADWOHL *v.* WILLCUTS, COLLECTOR OF INTERNAL REVENUE. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Arnold R. Baar* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, J. Louis Monarch, Andrew D. Sharpe,* and *Erwin N. Griswold* for respondent.

No. 306. FORAN *v.* McLAUGHLIN, COLLECTOR OF INTERNAL REVENUE. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Morgan J. Doyle* for petitioner. *Solicitor General Thacher, Assistant Attorney General*